# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3071

_____

George L. Rhoades,                          *
                                            *
              Appellant,                    *
                                            *
Darrell W. Sheridan; James R. Weaver,       *
                                            *
              Plaintiffs,                    *
                                            *
       v.                                   *   Appeal from the United States
                                            *   District Court for the
Larry Norris, Director, Arkansas            *   Eastern District of Arkansas.
Department of Correction; Ray Hobbs,        *
Deputy Director, Arkansas Department        *   [UNPUBLISHED]
of Correction; Larry May, Deputy            *
Director, Arkansas Department of            *
Correction; James Gibson, "Hoot,"          *
Internal Affairs Director, Arkansas         *
Department of Correction; Randy             *
Naylor, Internal Affairs Investigator,      *
Arkansas Department of Correction;          *
David White, Warden, Maximum                *
Security Unit, ADC; Vanita King,            *
Classification Officer, Maximum             *
Security Unit, ADC,                         *
                                            *
              Appellees.                    *

_____

Submitted: March 29, 2010
Filed: April 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate George Rhoades appeals the district court's[1] order granting defendants' motion for judgment on the pleadings. The district court concluded that Rhoades had failed to allege facts establishing a constitutional violation. Upon careful de novo review, we find no basis for reversal. See Clemons v. Crawford, 585 F.3d 1119, 1124 (8th Cir. 2009) (de novo standard of review; grant of judgment on pleadings is appropriate where, upon viewing as true all facts pleaded by non-moving party and all reasonable inferences favoring that party, no material issue of fact remains and moving party is entitled to judgment as matter of law). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the pending motions.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, United States Magistrate Judge for the Eastern District of Arkansas.